DAVID FISHMAN, SBN 217608
dfishman@brgslaw.com
ALEC DIMARIO, SBN 309811
adimario@brgslaw.com
INBAL GIRON, SBN 358681
igiron@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

Attorneys for Defendant
EMPLOYER SOLUTIONS STAFFING
GROUP II, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JESTIN BERTSCH, individually, and on behalf of other similarly situated employees,

Plaintiff,

vs.

MOLDEX-METRIC, INC.; EMPLOYER SOLUTIONS STAFFING GROUP II, LLC; and DOES 1 through 25, inclusive,

Defendant.

Case No.

**DECLARATION OF NICOLE MUSSELL IN SUPPORT OF DEFENDANT EMPLOYER SOLUTIONS STAFFING GROUP II. LLC'S REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

*[Filed concurrently with:*
*1. Notice of Removal and Removal;*
*2. Civil Cover Sheet;*
*3. Giron Declaration;*
*4. Jang Declaration;*
*5. Notice of Interested Parties; and*
*6. Corporate Disclosure Statement.]*

(Los Angeles Superior Court, Case No. 26STCV21102)

Action Filed: July 1, 2026
Trial Date: None Set

/ / /

/ / /

/ / /

/ / /

/ / /



BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

# DECLARATION OF NICOLE MUSSELL

I, Nicole Mussell, declare and state as follows:

1. I make this declaration in support of Defendant Employer Solutions Staffing Group II, LLC's ("ESSG") Notice of removal. I have personal knowledge of the following facts or know them based on business records that ESSG maintains in the regular course of business, and which I have access to in my capacity as a custodian of records for ESSG and as Legal and Compliance Coordinator. If called to testify, I could and would competently testify thereto.

2. In my capacity as Legal and Compliance Coordinator, I am familiar with the personnel and payroll records of ESSG's employees in California, which are created and maintained in the ordinary course of business.

3. ESSG maintains employment records that, among other things, track the assignment dates for all ESSG employees assigned to Moldex-Metric, Inc. ("Moldex"). ESSG maintains these records for the proposed class period alleged in the Complaint. These records include the records of current and former non-exempt employees employed by ESSG and assigned to Moldex during the July 1, 2022 to present period who potentially fall within some part of Plaintiff's proposed class as I understand it.

4. In connection with this motion, I reviewed available ESSG employee data for employees assigned to Moldex that runs from July 1, 2022, to September 1, 2026 (the date the report was prepared), which I was provided access to in my position as Legal and Compliance Coordinator.

5. Using and evaluating this employee data maintained by ESSG, I determined the following:

6. ESSG employed approximately 67 non-exempt employees assigned to Moldex in California during the July 1, 2022 to September 1, 2026. The average current or final rate of pay for these employees was $16.79 an hour. In total, these 67 employees worked approximately 2,191 weeks during the July 1, 2022 to September

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

1, 2026 period. Of these 67 non-exempt employees, there have been no fewer than 27 ESSG employee assignment cessations at Moldex between July 1, 2023 and September 1, 2026 (three years before the filing of this action through September 1, 2026). The average final hourly rate of pay for nonexempt ESSG employees assigned to Moldex in California whose assignment at Moldex ended between July 1, 2023 and September 1, 2026, and the present was $17.11 per hour. There were approximately 23 ESSG employees assigned to Moldex during the applicable one-year statutory period from July 1, 2025 through present.

7. ESSG is a private company and is not a state, state official or any other governmental entity.

8. In my role with ESSG, I am familiar with the corporate structure of ESSG. ESSG was at the time of filing this action, and remains, a Minnesota Limited Liability Company with its corporate headquarters (i.e., its principal place of business) in the State of Minnesota. ESSG has two individual members, who are citizens of Minnesota and Florida.

9. I have reviewed the personnel file of Plaintiff Jestin Bertsch. In his personnel file, the address that Bertsch lists as his home address is a California address.

I declare under penalty of perjury under the laws of the United States and the State of Minnesota and California that the foregoing is true and correct.

Executed on this 3rd day of September, 2026, at Eden Prairie, Minnesota.

NICOLE MUSSELL, Declarant

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436.

On September 3, 2026, I served true copies of the following document(s) described as **DECLARATION OF NICOLE MUSSELL IN SUPPORT OF DEFENDANT EMPLOYER SOLUTIONS STAFFING GROUP II. LLC'S REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446** on the interested parties in this action as follows:

Barbara DuVan-Clarke
Danielle L. GruppChang
P.J. Van Ert
Melissa Rodriguez
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278
Facsimile: (855) 786-6356

BDC@blackstonepc.com
dgruppchang@blackstonepc.com
pjvanert@blackstonepc.com
mrodriguez@blackstonepc.com
bdcservice@blackstonepc.com

***Attorneys for Plaintiff***
***JESTIN BERTSCH***

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List. I am "readily familiar" with Ballard Rosenberg Golper & Savitt, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Encino, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 3, 2026, at Encino, California.

______________________________

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436