DAVID FISHMAN, SBN 217608
dfishman@brgslaw.com
ALEC DIMARIO, SBN 309811
adimario@brgslaw.com
INBAL GIRON, SBN 358681
igiron@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

Attorneys for Defendant
EMPLOYER SOLUTIONS STAFFING
GROUP II, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JESTIN BERTSCH, individually, and on behalf of other similarly situated employees,

Plaintiff,

vs.

MOLDEX-METRIC, INC.; EMPLOYER SOLUTIONS STAFFING GROUP II, LLC; and DOES 1 through 25, inclusive,

Defendant.

Case No.

**DECLARATION OF VIRGINIA REBOLLO IN SUPPORT OF DEFENDANT EMPLOYER SOLUTIONS STAFFING GROUP II. LLC'S REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

*[Filed concurrently with:*
*1. Notice of Removal and Removal;*
*2. Civil Cover Sheet;*
*3. Giron Declaration;*
*4. Mussell Declaration;*
*5. Notice of Interested Parties; and*
*6. Corporate Disclosure Statement.]*

(Los Angeles Superior Court, Case No. 26STCV21102)

Action Filed: July 1, 2026
Trial Date: None Set

/ / /

/ / /

/ / /

/ / /

/ / /

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

# DECLARATION OF VIRGINIA REBOLLO

I, Virginia Rebollo, declare and state as follows:

1. I am a Human Resources Director for Moldex-Metric, Inc. ("Moldex"), one of the Defendants in the action brought by Plaintiff Jestin Bertsch in Los Angeles County Superior Court, Case No. 26STCV21102. I have held this position since June 2021. Prior that, I was Human Resources Manager from May 2019 to June 2021. Prior to that I was Human Resources Generalist from November 2016 to May 2019. Prior to that, I was a Human Resources Assistant for Moldex since May 2016. I submit this declaration in support of the Notice of Removal. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Moldex maintains employment records that, among other things, track the hire date and termination dates for all employees. Moldex maintains these records for the proposed class period alleged in the Complaint. These records include the records of current and former non-exempt employees employed by Moldex during the July 1, 2022 to present period who potentially fall within some part of Plaintiff's proposed class as I understand it.

3. In connection with this motion, I reviewed available Moldex employee data that runs from July 1, 2022, to present.

4. Using and evaluating this employee data maintained by Moldex, I determined the following:

5. Moldex employed approximately 584 non-exempt employees in California during the July 1, 2022 to present. The average current or final rate of pay for these employees $23.59 an hour. In total, these 584 employees worked approximately 41,800 weeks during the July 1, 2022 to present period. Of these 584 non-exempt employees, there have been no fewer than 273 employee terminations between July 1, 2023 and present (three years before the filing of this action through September 1, 2026). The average final hourly rate of pay for nonexempt Moldex

employees in California who terminated their employment between July 1, 2023 and September 1, 2026, and the present was $23.59 per hour. There were approximately 323 employees who worked for Moldex during the applicable one-year statutory period from July 1, 2025 through present.

6. Moldex is a private company and is not a state, state official or any other governmental entity.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 3rd day of September, 2026, at Culver City, California.

VIRGINIA REBOLLO, Declarant

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436.

On September 3, 2026, I served true copies of the following document(s) described as **DECLARATION OF SCOTT PHILIP JANG IN SUPPORT OF DEFENDANT EMPLOYER SOLUTIONS STAFFING GROUP II. LLC'S REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446** on the interested parties in this action as follows:

Barbara DuVan-Clarke
Danielle L. GruppChang
P.J. Van Ert
Melissa Rodriguez
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278
Facsimile: (855) 786-6356

BDC@blackstonepc.com
dgruppchang@blackstonepc.com
pjvanert@blackstonepc.com
mrodriguez@blackstonepc.com
bdcservice@blackstonepc.com

***Attorneys for Plaintiff JESTIN BERTSCH***

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List. I am "readily familiar" with Ballard Rosenberg Golper & Savitt, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Encino, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 3, 2026, at Encino, California.

**BALLARD ROSENBERG GOLPER & SAVITT, LLP**
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436